MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
Telephone: (310) 550-5770 ♦ Facsimile: (310) 550-6770
EMAIL: Mrwainer@swmfirm.com

JS-6

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> MIRMAX HOUSING & FINANCE, INC. a corporation; RITA MIRZAIAN, an individual; ARUTYUN KESHISHYAN, an individual; SEAN KESHISHYAN, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  11-CV-02875-ODW (PLAx) <br><br> **ORDER DISMISSING ACTION WITH THE COURT RETAINING JURISDICTION** |
|---|---|

The Court having read and reviewed the Stipulation For Dismissal of Action and good cause appearing therefore, the Court orders as follows:

1.   That defendants MIRMAX HOUSING & FINANCE, INC., a corporation, RITA MIRZAIAN, an individual, and ARUTYUN KESHISHYAN, an individual, and SEAN KESHISHYAN, an individual, are dismissed from the Complaint with prejudice, but the United States District Court for the Central

District of California shall retain jurisdiction to enforce the written Settlement Agreement entered into between Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., and defendants MIRMAX HOUSING & FINANCE, INC., a corporation, RITA MIRZAIAN, an individual, and ARUTYUN KESHISHYAN, an individual, and SEAN KESHISHYAN, an individual.

DATE:  April 18, 2012

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE