MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
Telephone: (310) 550-5770 ♦ Facsimile: (310) 550-6770
EMAIL: Mrwainer@swmfirm.com

**JS-6**

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br>Plaintiff, <br><br>vs. <br><br>MIRMAX HOUSING & FINANCE, INC. a corporation; RITA MIRZAIAN, an individual; ARUTYUN KESHISHYAN, an individual; SEAN KESHISHYAN, an individual; and DOES 1 through 10, inclusive, <br><br>Defendants. | Case No.  11-CV-02875-ODW (PLAx) <br><br> **ORDER DISMISSING ACTION WITH THE COURT RETAINING JURISDICTION** |
|---|---|

The Court having read and reviewed the Stipulation For Dismissal of Action and good cause appearing therefore, the Court orders as follows:

   1.   That defendants MIRMAX HOUSING & FINANCE, INC., a corporation, RITA MIRZAIAN, an individual, and ARUTYUN KESHISHYAN, an individual, and SEAN KESHISHYAN, an individual, are dismissed from the Complaint with prejudice, but the United States District Court for the Central

1

District of California shall retain jurisdiction to enforce the written Settlement Agreement entered into between Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., and defendants MIRMAX HOUSING & FINANCE, INC., a corporation, RITA MIRZAIAN, an individual, and ARUTYUN KESHISHYAN, an individual, and SEAN KESHISHYAN, an individual.

DATE: April 18, 2012

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE